UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1792 MJD/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| TRACY A. PHILLIPS, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 6th day of April, 2001.

Michael J. Davis
UNITED STATES ~~MAGISTRATE~~ JUDGE

Copies to counsel

(9)

FILED APR 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK