UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1792 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY A. PHILLIPS-VALLIE,<br><br>Defendant,<br><br>ST. LOUIS COUNTY,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant no longer provides foster care for St. Louis County.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on April 12, 2002, is hereby released.

Dated: 6/12/02

Raymond L. Erickson
Magistrate Judge
United States District Court

FILED JUN 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mjb